PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

# IN THE UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN 14TH__ DISTRICT OF TEXAS

__HOUSTON__ DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 10 2023

Nathan Ochsner, Clerk of Court

### PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

__ANDRE JOSEPH WASHINGTON__
PETITIONER
(Full name of Petitioner)

__DOMINGUEZ STATE JAIL__
CURRENT PLACE OF CONFINEMENT

vs.

__2380343__
PRISONER ID NUMBER

__WARDEN MILLER__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

__1676526__
CASE NUMBER
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check **all** that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding. (Answer Questions 1-4,15-19 & 20-25)
- [ ] Other:_____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: __176 TH DISTRICT COURT OF HARRIS COUNTY, TEXAS__

2. Date of judgment of conviction: __JAN. 18, 2022__

3. Length of sentence: __20 YEARS__

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: __TRIAL COURT CAUSE NUMBER - 1676526__

   __COURT OF APPEALS CAUSE NUMBER - 14-22-0032-CR__

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)   ☐ Not Guilty   ☑ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)   ☐ Jury   ☑ Judge Only

7. Did you testify at trial?   ☐ Yes   ☑ No

8. Did you appeal the judgment of conviction?   ☑ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? __176 TH DISTRICT COURT, HARRIS COUNTY, TEXAS__   Cause Number (if known) __1676526__

   What was the result of your direct appeal (affirmed, modified or reversed)? __AFFIRMED (DENIED)__

   What was the date of that decision? __OCT. 4, 2022__

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: _____

   Result: _____

   Date of result: _____   Cause Number (if known): _____

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _____

   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☐ Yes   ☑ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☒ No

   (a)   If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: __N/A__

   (b)   Give the date and length of the sentence to be served in the future: __N/A__

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?   ☐ Yes   ☒ No

**Parole Revocation:**

13. Date and location of your parole revocation: ___N/A___

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?   ☐ Yes   ☒ No

   If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
   ☐ Yes   ☒ No

16. Are you eligible for release on mandatory supervision?   ☐ Yes   ☒ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation:
   ___N/A___

   Disciplinary case number: ___N/A___

   What was the nature of the disciplinary charge against you? ___N/A___

18. Date you were found guilty of the disciplinary violation: ___N/A___

   Did you lose previously earned good-time days?   ☐ Yes   ☒ No

   If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:
   ___N/A___

   Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status:
   ___N/A___

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
   ☐ Yes   ☒ No

   If your answer to Question 19 is "yes," answer the following:

   Step 1 Result: ___N/A___

Date of Result: _N/A_

Step 2 Result: _N/A_

Date of Result: _N/A_

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

    SEE EXAMPLE!

    A. GROUND ONE: _NO PLEA BARGAIN - MY LAWYER ON RECORD STATES THAT THE PLEA BARGAIN (THAT I WOULD PLEA GUILTY TO CONTROL SUBSTANCE FOR A SEVEN YEAR SENTENCE IN TDCJ) WAS_

    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    _DENIED. THE JUDGE USED MY GUILTY PLEA FROM THE PRE-SENTENCE INVESTIGATION AND PROCEEDED WITH "TRIAL-BY-JUDGE" NOT THE PLEA AGREEMENT. WHERE IS THE PLEA BARGAIN, IN WHERE I AGREED TO ACCEPT A TWENTY YEAR SENTENCE FOR A GUILTY PLEA? THERE WAS NO PLEA AGREEMENT. MY WAIVER OF RIGHTS TO APPEAL A PLEA-BARGAIN SHOULD NEVER HAVE BEEN IN THE COURTS POSSESION._

    SEE EXAMPLE!

    B. GROUND TWO: _INEFFECTIVE COUNSEL - I DON'T READ SO WELL AS INDICATED ON MY WAIVER OF RIGHTS TO APPEAL A PLEA-BARGAIN, I DO NOT FULLY UNDERSTAND WHAT WAS IN THE WAIVER OF RIGHTS,_

    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    _MY LAWYER VAGUELY EXPLAINED THE QUESTIONS ON THE WAIVER. I WAS UNDER THE IMPRESSION THAT I WAS IN COURT FOR PRE-SENTENCE INVESTIGATION TO RECIEVE PROBATION. THERE WAS NO PLEA-BARGAIN AS STATED BY MY LAWYER IN THE COURT TRANSCRIPT. MY LAWYER SHOULD HAVE STOPPED THE COURT PROCEEDINGS, ALLOWING THE JUDGE TO CONTINUE WITH SENTENCING WITHOUT A PLEA BARGAIN. THIS WAS A TRIAL BY JUDGE, NOT A PLEA-BARGAIN. MY LAWYER SHOULD HAVE STOPPED THE COURT PROCEEDING._

SEE EXAMPLE:

C. **GROUND THREE:** TRIAL BY JUDGE - AS SOON AS THE JUDGE REJECTED THE PLEA-BARGAIN (A GUILTY PLEA IN EXCHANGE FOR A SEVEN YEAR PRISON SENTENCE) CONSTITUTIONAL LAW OF

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DUE PROCESS WAS BROKEN, MY RIGHT TO A FAIR TRIAL WAS VIOLATED. THERE WAS NO PLEA-BARGAIN. I DID NOT AGREE TO A TWENTY YEAR SENTENCE FOR A GUILTY PLEA. THE JUDGE USED INFORMATION FROM MY PRE-TRIAL INVESTIGATION AS MY GUILTY PLEA. THE P.S.I. TO RECIEVE PROBATION WAS DENIED SO THEREFORE THAT INFORMATION CAN NOT BE USED IN COURT. THE JUDGE PROCEEDED TO TRIAL BY JUDGE NOT A PLEA-BARGAIN.

SEE EXAMPLE:   WAIVER OF RIGHT TO APPEAL

D. **GROUND FOUR:** ~~NO PLEA-BARGAIN AGREEMENT~~ - MY INTENTION FOR SIGNING THE WAIVER OF RIGHT TO APPEAL WAS BECAUSE MY LAWYER NEGOTIATED A PLEA-BARGAIN OF SEVEN-YEARS IN TDCJ IN

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

EXCHANGE FOR A PLEA OF GUILTY AS NOTED IN COURT TRANSCRIPT. MY LAWYER VAGUELY READ TO ME THE WAIVER OF RIGHT TO APPEAL, AND AS INDICATED ON THE WAIVER OF RIGHT TO APPEAL I DID NOT PUT MY INITIALS ON THE ITEM THAT WAS ABOUT MY ABILITY TO UNDERSTAND AND ABILITY TO READ WELL. THE WAIVER OF RIGHT TO APPEAL IS INCOMPLETE THEREFORE MAKING THE WAIVER OF RIGHT TO APPEAL INVALID AS WELL. THE COURT SHOULD NEVER HAVE BEEN IN POSSESSION OF THAT WAIVER WITHOUT THE PLEA-BARGAIN.

21. Relief sought in this petition: IT IS MY HOPE AND PRAYER THAT THE RELIEF SOUGHT IN THIS PETITION IS TO HAVE THE TWENTY YEAR SENTENCE OVERTURNED, DUE TO THE PLEA-BARGAIN AGREEMENT BEING DENIED. THERE WAS NO PLEA-BARGAIN. THE GUILTY PLEA WAS ONLY TO BE USED IN THE PLEA-BARGAIN AND RETRACTED IN THE CHANCE THAT THE PLEA-BARGAIN IS DENIED

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?   ☐ Yes   ☒ No
If your answer is "yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice or (c) denied.

_____

_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)?   ☐ Yes   ☒ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☒ Yes   ☐ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____

_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

  (a)  At preliminary hearing: _____

  (b)  At arraignment and plea: _____

  (c)  At trial: ADAM MULDROW, 405 MAIN SUITE 800, HOUSTON, TEXAS, 77002
       832-409-6805

  (d)  At sentencing: SAME AS ABOVE _____

  (e)  On appeal: THOMAS D. MORAN, P.O. BOX 2623, KYLE, TEXAS, 78640, 713-857-9186

  (f)  In any post-conviction proceeding: _____

-8-

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

**Timeliness of Petition:**

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

(B) I WAS IN GARZA WEST PRISON IN BEEVILLE TEXAS, I WAS MOVED TO DOMINGUEZ PRISON IN SAN ANTONIO, TEXAS. I REPORTED THE MOVE BUT MY MAIL KEPT GOING TO GARZA WEST PRISON. WHEN YOU ARE MOVED ALL OF YOUR PROPERTY IS HELD BACK FOR UP TO THREE MONTHS AS PER TDCJ POLICY THIS MAKE FILING AN APPEAL, TIMELY, DIFFICULT AND FUSTRATING. PLEASE ALLOW THE TIME EXTENSION I NEED, IT IS MY PRAYER FOR RELIEF.

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) *(circled)* the date on which the impediment to filing an application created by <u>State action</u> in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

__February 3, 2023__ (month, day, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner (required)

Petitioner's current address: Domingoez Unit 6536 Cagnon Rd. San Antonio TX 78252

**C.) GROUND THREE:** TRIAL-BY-JUDGE - IN RE PIERCE, 586 S.W.3D 566

OVERVIEW: IN A CRIMINAL MANDAMUS PROCEEDING UNDER TEX. GOV'T CODE ANN. 22.221 RELATOR WAS NOT ENTITLED TO SPECIFIC PERFORMANCE OF THE PURPORTED PLEA AGREEMENT BECAUSE THERE WAS NOTHING IN THE RECORD INDICATING THAT THE TRIAL COURT APPROVED ANY PROPOSED PLEA AGREEMENT BETWEEN RELATOR AND THE PROSECUTOR.

PRELIMINARY PROCEEDINGS, PLEA BARGAINS PROCESS ENTRY OF PLEAS, ROLE OF COURT HN4 THE TRIAL COURT'S ONLY ROLE IN THE PLEA-BARGAIN PROCESS IS TO ADVISE THE DEFENDANT WETHER IT WILL ACCEPT OR REJECT THE PLEA BARGAIN, THE STATE CAN NOT WITHDRAW IT'S OFFER, AND THE PARTIES ARE ENTITLED TO SPECIFIC PERFORMANCE OF THE BARGAIN. IF THE COURT REJECTS THE PLEA BARGAIN, THE DEFENDANT HAS THE RIGHT TO WITHDRAW HIS GUILTY PLEA, AND THE STATE HAS THE RIGHT TO WITHDRAW ITS OFFER. THE TRIAL COURT'S HAS NO AUTHORITY TO PARTICIPATE IN PLEA-BARGAIN NEGOTIATIONS. "THE TRIAL COURT'S ONLY ROLE IN THE PLEA-BARGAIN PROCESS IS TO ADVISE THE DEFENDANT WETHER IT WILL ACCEPT OR REJECT THE PLEA BARGAIN." ...

... PETITION FOR WRIT OF MANDAMUS, RELATOR, ORLANDO DEONTE PIERCE, CHALLENGES THE TRIAL COURTS ORDER ON MOTION TO ...

JURISDICTION - TEXAS                                    DATE - OCT. 2, 2019
COURT - COURT OF APPEALS TEXAS, TENTH DISTRICT, WACO    PUBLICATION - TX COURT OF APPEALS AND COURT OF
                                                        CIVIL APPEALS CASES FROM 1892

**D.) GROUND FOUR:** NO PLEA-BARGAIN - SIMON V. STATE, 554 S.W.3D 257

OVERVIEW: DEFENDANT'S CONTENTION THAT HIS CONVICTION SHOULD BE REVERSED BECAUSE HIS PLEAS RESTED UPON A PLEA BARGAIN AGREEMENT THAT THE STATE BREACHED WAS REJECTED BECAUSE THERE WAS NO PLEA BARGAIN AGREEMENT BETWEEN DEFENDANT AND THE STATE AND, THUS, NO BREACH OF A PLEA BARGAIN AGREEMENT BY THE STATE AS HE ALLEGED.

... REVIEWABILITY, WAIVER WAIVER, EXCEPTIONS AND VALIDITY OF WAIVERS HN1 THE RIGHT TO APPEAL MAY BE WAIVED, AND SUCH A WAIVER IS VALID IF MADE VOLUNTARILY, KNOWINGLY, AND INTELLIGENTLY. A WAIVER OF APPEAL PRIOR TO SENTENCING MAY BE VALID IF IT IS BARGAINED FOR, THAT IS, IF THE STATE GIVES SOME CONSIDERATION FOR THE WAIVER, EVEN IF A SENTENCE IS NOT AGREED UPON. ON THE OTHER HAND, A NON-NEGOTIATED WAIVER OF THE RIGHT TO APPEAL IS VALID ONLY IF THE DEFENDANT WITH CERTAINTY KNOWS THE PUNISHMENT THAT WILL BE ASSESSED. THE RIGHT TO APPEAL MAY BE WAIVED, AND SUCH A WAIVER IS VALID IF MADE VOLUNTARILY, KNOWINGLY, AND ...

... AFTER THE TRIAL COURT SIGNED JUDGEMENTS OF CONVICTION IN THE EVADING ARREST AND FELON IN POSSESSION OF A WEAPON CASES, THE TRIAL COURT SIGNED TWO MORE CERTIFICATIONS OF DEFENDANT'S RIGHT OF APPEAL IN BOTH CASES WHILE APPELLANT WAS IN CUSTODY SO THE DOCUMENTS ARE NOT SIGNED BY APPELLANT.

JURISDICTION - TEXAS
COURT - COURT OF APPEALS OF TEXAS, FOURTEENTH DISTRICT, HOUSTON
DATE - JULY 19, 2018
PUBLICATION - TX COURT OF APPEALS AND COURT OF CIVIL APPEALS CASES FROM 1892

A.) GROUND ONE : NO PLEA BARGAIN - LARSEN V. FRAZIER, 835 F.2D 258, 259 (10TH CIR. 1987)(EXCEPT IN CONFLICT WITH FEDERAL CONSTITUTION, VALIDITY OF GUILTY PLEAS AND PLEA BARGAINING IS A MATTER OF STATE LAW) WITH INNES V. DALSHEIM 864 F.2D 974, 979-80 (2ND CIR. 1988)(443 US 809 (1989)(VALIDITY OF PLEA BARGAIN, IN TERMS OF PRECISION, BREACH, AND KNOWING AND INTELLIGENT WAIVER OF RIGHTS, IS COGNIZABLE IN HABEAS CORPUS PROCEEDINGS) AND BRUNELLE V. UNITED STATES 864 F.2D 64, 65 (8TH CIR. 1988)("WHENEVER THE GOVERMENT BREACHES A PLEA AGREEMENT WITH RESPECT TO A SENTENCE RECOMMENDATION ... A SUBSTANTIVE VIOLATION HAS OCCURRED" EVEN IF SENTENCING JUDGE DID NOT TAKE RECOMMENDATION INTO ACCOUNT).

UNITED STATES V. HYDE 520 US 670, 677-78 (1997) - DUE PROCESS CLAUSE MY HOLD GOVERMENT OR STATE TO "BENEFIT OF ... BARGAIN" DEFENDANT STRUCK IN RETURN FOR GUILTY PLEA AND THAT FAILURE OF GOVERMENT OR STATE TO ABIDE BY PLEA AGREEMENT LETS "DEFENDANT ... BACK OUT OF HIS PROMISED PERFORMANCE (THE GUILTY PLEA), JUST AS A BINDING CONTRACTUAL DUTY MAY BE EXTINGUISHED BY THE NONOCCURENCE OF A CONDITION."

B.) GROUND TWO : INEFFECTIVE COUNSEL - LEE V. UNITED STATES, 137. CT. 1958
... EFFECTIVE ASSISTANCE OF COUNSEL, TESTS FOR INEFFECTIVE ASSISTANCE OF COUNSEL HN2 TO DEMONSTRATE THAT COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE, A DEFENDANT MUST SHOW THAT COUNSEL'S REPRESENTATION FELL BELOW AN OBJECTIVE STANDARD OF REASONABLENESS AND THAT ...
... EFFECTIVE ASSISTANCE OF COUNSEL, TESTS FOR INEFFECTIVE ASSISTANCE OF COUNSEL HN3 A CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL WILL OFTEN INVOLVE A CLAIM OF ATTORNEY ERROR DURING THE COURSE OF A LEGAL PROCEEDING, FOR EXAMPLE, THAT COUNSEL FAILED TO RAISE AN OBJECTION AT TRIAL OR TO PRESENT AN ...
... CAN DEMONSTRATE PREJUDICE BY SHOWING A REASONABLE PROBABILITY THAT, BUT FOR COUNSEL'S UNPROFESSIONAL ERRORS, THE RESULTS OF THE PROCEEDING WOULD HAVE BEEN ...
... 1029, 145 L.ED.2D 985. CRIMINAL PROCESS, ASSISTANCE OF COUNSEL EFFECTIVE ASSISTANCE OF COUNSEL, TESTS FOR INEFFECTIVE ASSISTANCE OF COUNSEL HN4 WHEN A DEFENDANT ALLEGES HIS COUNSEL'S DEFICIENT PERFORMANCE LED HIM TO ACCEPT A GUILTY PLEA RATHER ...
... TO DEMONSTRATE THAT COUNSEL WAS CONSTITUTIONALLY INEFFECTIVE, A DEFENDANT MUST SHOW THAT COUNSEL'S REPRESENTATION FELL BELOW AN OBJECTIVE STANDARD OF REASONABLENESS AND THAT HE WAS PREJUDICED AS A RESULT. TO DEMONSTRATE THAT ...
JURISDICTION - US FEDERAL                              DATE: JUNE 23, 2017
COURT - SUPREME COURT OF THE UNITED STATES    PUBLICATION - U.S. SUPREME COURT CASES, LAWYERS EDITION