United States District Court
Southern District of Texas
**ENTERED**
December 26, 2023
Nathan Ochsner, Clerk

## United States District Court
### Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| ANDRE JOSEPH WASHINGTON (TDCJ–CID #2380343), Petitioner, | § § § § § § | Civil Action No 4:23-cv-00518 |
| vs. | § § § | Judge Charles Eskridge |
| BOBBY LUMPKIN, Respondent. | § § § | |

### Order on Dismissal

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on December 22, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge